# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CASE NO. 1:18-CV-10622-ADB

UNITEDHEALTHCARE INSURANCE
COMPANY and UNITED HEALTHCARE
SERVICES, INC.,

    Plaintiffs,

v.

AMERICAN RENAL ASSOCIATES LLC and
AMERICAN RENAL MANAGEMENT LLC,

    Defendants.

_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

    Plaintiffs UnitedHealthcare Insurance Company and United Healthcare Services, Inc., by and through their undersigned counsel, hereby dismiss the above-captioned action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) with each party to bear its own fees and costs.

| | |
|---|---|
| Dated: August 1, 2018 | Respectfully Submitted, |
| | |
| | */s/ Jeffrey S. Gleason* |
| | Jeffrey S. Gleason (BBO#661489) |
| | Robins Kaplan LLP |
| | 800 LaSalle Avenue, Suite 2800 |
| | Minneapolis, MN 55402 |
| | T: (612) 349-8500 |
| | F: (612) 339-4181 |
| | |
| | *Attorney for Plaintiffs UnitedHealthcare Insurance Company and United Healthcare Services, Inc.* |

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing will be electronically filed on August 1, 2018 with the Clerk of Court using the CM/ECF system, thereby serving all counsel of record on the service list below.

<i>s/Jeffrey S. Gleason</i><br>
Jeffrey S. Gleason (BBO#661489)

## **SERVICE LIST**

Beau D. Barnes (BBO#688745)
Beau.Barnes@kobrekim.com
Kobre & Kim LLP
1919 M Street, NW
Washington, DC 20036

Matthew Menchel, admitted *pro hac vice*
Matthew.Menchel@kobrekim.com
Adriana Riviere-Badell, admitted *pro hac vice*
Adriana.Riviere-Badell@kobrekim.com
Kobre & Kim LLP
201 South Biscayne Boulevard
19th Floor
Miami, FL 33131

William D. Weinreb (BBO#557826)
billweinreb@quinnemanuel.com
Quinn Emanuel Urquhart & Sullivan LLP
111 Huntington Avenue, Suite 520
Boston, MA 02199

Michael B. Carlinsky, admitted *pro hac vice*
michaelcarlinsky@quinnemanuel.com
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Avenue, Floor 22
New York, NY 10010

*Attorneys for Defendants American Renal Associates LLC
and American Renal Management LLC*

89160345.1